**Chauncey BENNETT, Plaintiff-
Appellant,**

v.

**Warden John WOLFE; Lieutenant Ruby White; Lieutenant Valerie Styles; Lieutenant Troxell; Stephen T. Moyer, Secretary, Defendants-Appellees.**

No. 17-7168

United States Court of Appeals,
Fourth Circuit.

Submitted: December 20, 2017

Decided: January 11, 2018

Chauncey Demetrius Bennett, Appellant Pro Se. Teresa Marie Kelly, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Before TRAXLER, SHEDD, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey Demetrius Bennett appeals the district court's order granting summary judgment to defendants and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bennett v. Wolfe*, No. 1:17-cv-00302-JKB, 2017 WL 3581995 (D. Md. Aug. 18, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*